IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., | * | |
| Plaintiff, | * | Civil Action No. RDB-20-3363 |
| v. | * | |
| LUO WOMEN IN THE UNITED STATES CORP., *et al.*, | * | |
| | * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MEMORANDUM ORDER**

Presently pending is the Motion to Withdraw Appearance by counsel for the Defendants Luo Women in the United States Corp., Dorothy Were, Alice A. Kiaye, Perez A. Jacoby, Hilda Juma, Nancy Youree, and Holghah E. Ochola. (ECF No. 32.) A telephone conference was conducted on June 3, 2021 pursuant to this Court's Order of May 26, 2021. (ECF No. 33.) Counsel for the Defendants Debra Akello and Esther A. Ouma failed to participate.

IT IS HEREBY ORDERED THIS 4TH DAY OF JUNE, 2021 that the pending Motion to Withdraw Appearance (ECF No. 32) is GRANTED. Pursuant to Local Rule 101.1(a), the Individual Defendants Debra Akello, Perez A. Jacoby, Hilda Juma, Alice A. Kiaye, Holghah E. Ochola, Esther A. Ouma, Dorothy Were, and Nancy A. Youree are permitted to represent themselves. The Defendant Luo Women in the United States Corp. must be represented by counsel. All Defendants in this interpleader action are to contact the Court to arrange a status conference within the next thirty days.

                                                                                          \_\_\_\_\_/s/_____
Richard D. Bennett
United States District Judge